ROB BONTA
Attorney General of California
CELINE M. COOPER
Supervising Deputy Attorney General
State Bar No. 167902
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 321-5778
Fax: (619) 645-2581
E-mail: Celine.Cooper@doj.ca.gov
PAUL BATCHER
Deputy Attorney General
State Bar No. 266928
Telephone: (619) 321-5778
E-mail: Paul.Batcher@doj.ca.gov
*Attorneys for Defendant*
*California Horse Racing Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI SALDANA,<br><br>                                    Plaintiff,<br><br>v.<br><br>CALIFORNIA HORSE RACING BOARD; and DOES 1 through 100,<br><br>                                    Defendants. | Case No. **'22CV1486 L      BGS**<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(B) (FEDERAL QUESTION JURISDICTION)**<br><br>[Removal from the Superior Court of the State of California, County of San Diego, Case No. 37-2022-00034601-CU-MC-CTL]<br><br>Action Filed:    August 26, 2022 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT** Defendant California Horse Racing Board ("CHRB") hereby removes the above-captioned action from the California Superior Court for the County of San Diego to the United States District Court for the Southern District of California. This Removal is based on federal question jurisdiction, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, for the reasons stated below.

**PLEADING AND SERVICE**

1. On August 26, 2022, Plaintiff Lori Saldana ("Plaintiff") filed a complaint in the Superior Court of California for the County of San Diego, entitled *Lori Saldana v. California Horse Racing Board, et al.*, Superior Court of California, County of San Diego Case No. 37-2022-00034601 (the "Complaint"). A true and correct copy of the Complaint is attached as Exhibit A.

2. The Complaint alleges that the Superior Court had jurisdiction "pursuant to the United States Constitution, Section 1983 *et seq.* of Title 42 of the United States Code, the California Constitution, and Code of Civil Procedure Section 1060 *et seq.*, among other provisions of law." (Complaint ¶ 5.) The Complaint further alleges one cause of action for "Unlawful Retaliation for Criticizing Government" and, in support of this cause of action, alleges that:

> On multiple occasions in the past, PLAINTIFF exercised her federal and state constitutional rights to criticize CHRB. In retaliation for the criticism, Defendants blocked PLAINTIFF from viewing information published by CHRB on Twitter and from providing her feedback about CHRB on Twitter.

(*Id.* ¶ 11.) Plaintiff further alleges that her tweets are "legitimate speech protected by the federal and state constitutions." (*Id.* ¶ 12.) Plaintiff alleges that she "continues to suffer from Defendants' daily violations of her federal and state constitutional rights," that "[a]n actual controversy exists between PLAINTIFF, on the one hand, and Defendants, on the other hand, concerning their respective rights and duties under the federal and state constitutions and other applicable legal

authorities," and that "Defendants have violated and continue to violate her federal and state constitutional rights to criticize CHRB as set forth above." (*Id*. ¶¶ 14-15.) Among other relief, Plaintiff seeks "[a] judgment determining or declaring that Defendants have violated and/or are continuing to violate PLAINTIFF's federal and/or state constitutional rights to criticize CHRB." (*Id*., Prayer for Relief, ¶ B.)

3. Attached as Exhibit B is a true and correct copy of the Summons in this action, issued by the Superior Court of California, County of San Diego on August 30, 2022.

4. Attached as Exhibit C is a true and correct copy of a Civil Case Cover Sheet, dated August 25, 2022.

5. Attached as Exhibit D is a true and correct copy the Notice of Case Assignment and Case Management Conference (Civil) issued by the Superior Court of California, County of San Diego.

6. Attached as Exhibit E is a true and correct copy of the Alternate Dispute Resolution (ADR) Information issued by the Superior Court of California, County of San Diego.

7. Attached as Exhibit F is a true and correct copy of Defendant California Horse Racing Board's Answer to Plaintiff's Verified Complaint, filed with the Superior Court of California, County of San Diego, on September 28, 2022.

8. Collectively, Exhibits A, B, C, D, E, and F (identified above), constitute all process, pleadings, and orders served upon or filed by CHRB to date.

9. Defendant CHRB is the only named Defendant in the state court action, referenced in paragraph 1 of this Notice. The Complaint was served on Defendant CHRB on September 1, 2022.

**TIMELINESS OF REMOVAL**

10. Pursuant to 28 U.S.C. § 1446(b), a party must file a notice of removal of a civil action or proceeding "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim

1 | for relief upon which such action or proceeding is based ....." The date upon which
2 | the 30-day period within which a party must remove an action begins to run is
3 | determined by the date upon which service of process is deemed effective under
4 | state law. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 348
5 | 354 (1999).

6 | 11. Plaintiff served Defendant CHRB by personal service on September 1,
7 | 2022. Accordingly, pursuant to 28 U.S.C. § 1446(b), CHRB's Notice of Removal
8 | is timely if filed on or before October 3, 2022.

## FEDERAL QUESTION JURISDICTION

10 | 12. The Complaint properly may be removed on the basis of federal question jurisdiction because the civil action arises under the Constitution, laws, and treaties of the United States. *See* 28 U.S.C. §§ 1331, 1441.

13 | 13. 28 U.S.C. § 1441, which establishes when an action is removable, sets forth in relevant part: "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

19 | 14. Plaintiff's Complaint pleads a federal cause of action because it alleges that Defendant violated her rights under the federal constitution. (Complaint ¶¶ 11-15.) Plaintiff seeks, among other relief, "[a] judgment determining or declaring that Defendants have violated and/or are continuing to violate PLAINTIFF's federal and/or state constitutional rights..." (*Id.*, Prayer for Relief, ¶ B.) Further, the Complaint specifically alleges jurisdiction "pursuant to the United States Constitution, Section 1983 *et seq*. of Title 42 of the United States Code," as well as the California Constitution and state law. (*Id.* ¶ 5.)

15. Pursuant to 28 U.S.C. § 1331, this District Court has original jurisdiction of this action, as an action arising under the Constitution and laws of the United States.

## VENUE

16. Venue lies in the United States District Court for the Southern District of California pursuant to 28 U.S.C. § 1441(a), because it is the "district and division embracing the place where such action is pending." The Complaint alleges "[v]enue in this Court is proper because the obligations, liabilities, and violations of law alleged in this pleading occurred in the County of San Diego in the State of California." (Complaint ¶ 6.) Plaintiff filed her Complaint in a state court located within the Southern District of California, and this action arises in San Diego County. 28 U.S.C. § 1441(a); *see also* 28 U.S.C. § 84(d) (providing that the Southern District of California includes San Diego County).

## NOTICE TO STATE COURT AND ADVERSE PARTY

17. Concurrent with the filing of this Notice of Removal, Defendant is sending notice of the removal to the Superior Court for the County of San Diego and Plaintiff's counsel of record.

18. By removing this action to this Court, Defendant CHRB does not waive any defenses, objections or motions available to it under applicable law.

**WHEREFORE**, Defendant California Horse Racing Board hereby removes this action from the Superior Court of California for the County of San Diego to the United States District Court for the Southern District of California. Defendant prays for such other and further relief to which it may be entitled, both at law and in equity, both general and special.

| | | |
|---|---|---|
| 1 | Dated: September 30, 2022 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | |
| 4 | | |
| 5 | | ***/s/ Celine M. Cooper*** |
| 6 | | CELINE M. COOPER<br>Supervising Deputy Attorney General |
| 7 | | *Attorneys for Defendant*<br>*California Horse Racing Board* |
| 8 | | |
| 9 | SD2019800930 | |